# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-958
Lower Tribunal No. 09-13516
_____

**Cornelius Watson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jason E. Bloch, Judge.

Cornelius Watson, in proper person.

Pamela Jo Bondi, Attorney General, and Gabrielle Raemy Charest-Turken, Assistant Attorney General, for appellee.

Before SALTER, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Appellant Cornelius Watson appeals an order of the Miami-Dade Circuit Court, which determined that Watson's motion for a speedy disposition of his probation violation case under the Interstate Agreement on Detainers was moot. At a hearing on March 3, 2016, the State withdrew its affidavit of probation violation and asked the court to unsuccessfully terminate Watson's probation. Defense counsel stipulated to the motion, as the motion was consistent with Watson's written request. The trial court granted the motion and terminated Watson's probation as unsuccessfully completed. We affirm the trial court's finding of mootness. A.V.S. v. State, 139 So. 3d 944 (Fla. 4th DCA 2014) (Mem).

Affirmed.